# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 12, 2015

## NO. 03-12-00732-CV

City of Highland Haven, Texas; and Burnet County, Texas, Appellants

v.

Eugene Taylor and Charles Fenner, Appellees

**APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN
REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the district court on October 17, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order denying the pleas to the jurisdiction and renders judgment dismissing Eugene Taylor and Charles Fenner's claims for lack of subject-matter jurisdiction. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.